# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

DAVID LOWERY, VICTOR KRUMMENACHER, GREG LISHER, and DAVID FARAGHER, individually and on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

RHAPSODY INTERNATIONAL, INC.,

    Defendant.

Case No. 4:16-CV-01135-JSW

**[~~PROPOSED~~] ORDER RE JOINT STATUS REPORT (DKT. 20)**

1    Before the Court is Plaintiffs David Lowery, Victor Krummenacher, Greg
2  Lisher, and David Faragher (collectively "Plaintiffs"), and Rhapsody International,
3  Inc.'s ("Defendant") (collectively "the Parties'") Joint Status Report.  (Dkt. 20.)
4  The Parties request that the pending deadlines in the case remain suspended for
5  another 60 days, until August 19, 2016.  The Parties will report back to the Court in
6  60 days, on August 19, 2016, to update the Court on whether the parties are
7  progressing with a resolution or need to return to active litigation.  In the event the
8  Parties determine prior to August 19, 2016, that resolution is not likely at that time,
9  they will continue their Rule 26(f) conference within seven days, and meet and
10 confer in good faith regarding a briefing schedule regarding any motion or motions
11 directed at dismissing the case and/or filing a Joint Case Management Statement in
12 compliance with Civil Local Rule 16-9.
13       IT IS SO ORDERED.

17 DATED: ____June 21_____, 2016

_____
The Honorable Jeffrey White
United States District Judge