UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOWERY, ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>RHAPSODY INTERNATIONAL, INC.,<br><br>    Defendant. | Case No. 16-cv-01135-JSW   (JSC)<br><br>**ORDER REGARDING SEPTEMBER 20 INSPECTIONS**<br><br>Re: Dkt. No. 113 |

The inspection of financial records shall proceed on September 20, 2018 as agreed. If records are unreasonably withheld, that is a matter that can be remedied following the inspection, if necessary.

This Order disposes of Docket No. 113.

**IT IS SO ORDERED.**

Dated: September 19, 2018

JACQUELINE SCOTT CORLEY
United States Magistrate Judge